AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

16 U.S.C. Secs. 3372(a)(1), 3373(d)(1)(B) -- Illegal Trade of Protected Wildlife
16 U.S.C. Sec. 3374(a) and 28 U.S.C. Sec. 2461(c) -- Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

### DEFENDANT - U.S.

▶ United States v. James Dickson

DISTRICT COURT NUMBER: **CR 11 0135 WHA**

FILED 2011 MAR 15 P [...]
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### PENALTY:

Maximum fine: $250,000 or twice gross gain/loss
Maximum supervised release: 3 years
Mandatory special assessment: $100/count

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
U.S. Fish & Wildlife Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM: Melinda Haag
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Stacey Geis

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3 
4
5
6                           E-filing
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )   CR 11 0135 WHA
                                     )
12      Plaintiff,                   )   VIOLATIONS:
                                     )
13      v.                           )   16 U.S.C. §§ 3372(a)(1) & (a)(4); 16 U.S.C.
                                     )   § 3373(d)(1)(B) – Illegal Trade of Protected
14                                   )   Wildlife; 16 U.S.C. § 3374(a), 28 U.S.C.
                                     )   § 2461(c) – Forfeiture
15  JAMES DICKSON,                   )
                                     )   SAN FRANCISCO VENUE
16                                   )
        Defendant.                   )
17  _____     )

18
                          I N F O R M A T I O N
19
    The United States Attorney charges:
20
    COUNT ONE:    (16 U.S.C. §§3372(a)(1) & (a)(4) & 3373(d)(1)(B) – Illegal Trade of
21                Protected Wildlife)

22  1.   On or about November 24, 2009, in the Northern District of California and elsewhere, the
23  defendant,

24                                  JAMES DICKSON,

25  did knowingly engage in conduct that involved the sale of, the offer for sale of, and the intent to
26  sell, wildlife with a market value in excess of $350.00, namely, one (1) taxidermy mount of an
27  American bald eagle, and did knowingly sell and attempt to sell said wildlife, knowing that said
28  wildlife had been taken, possessed, and transported in violation of, and in a manner unlawful

    INFORMATION (DICKSON)

under, the laws and regulations of the United States, specifically, the Migratory Bird Treaty Act, Title 16, United States Code Sections §§ 703(a) & 707(b)(2), and regulations promulgated thereunder.

All in violation of Title 16, United States Code, Sections 3372(a)(1) & (a)(4), and 3373(d)(1)(B).

FORFEITURE ALLEGATION: (16 U.S.C. § 3374(a); 28 U.S.C. § 2461(c) – Forfeiture)

2.   The allegations contained in Paragraph 1 of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 16, United States Code, Section 3374(a) and Title 28, United States Code, Section 2461(c).

3.   Upon a conviction of the offense alleged in Count One, the defendant,

JAMES DICKSON,

shall forfeit to the United States all wildlife taken, possessed, sold, purchased, offered for sale or purchase, transported, delivered, received, carried, shipped, exported, or imported contrary to the provisions of the laws cited herein, including, violations of Title 16, United States Code, Sections 3372(a)(1) & (a)(4), and 3373(d)(1)(B), as charged in Count One. Such wildlife includes, but is not limited to:   one (1) juvenile American bald eagle mount.

All in violation of Title 16, United States Code, Section 3374(a) and Title 28 United States Code, Section 2461(c).

DATED: March 11, 2011

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _____,
AUSA GEIS

INFORMATION (DICKSON)                    2