UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES DICKSON, ) <br> ) <br> Defendant. ) <br> ) | Case No.  CR 11-0135 WHA <br><br> [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States, the defendant's guilty plea entered on April 13, 2011, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

(a) One juvenile American bald eagle mount;

(b) one Siberian tiger mount;

(c) one black bear mount;

(d) one polar bear shoulder mount;

(e) one kodiak bear mount; and

(f) one grizzly bear mount on all fours.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the

1 | defendant, having or claiming a legal interest in the property must file a petition with the Court and
2 | serve a copy on government counsel within thirty (30) days of the final publication of notice or of
3 | receipt of actual notice, whichever is earlier.
4 |     IT IS FURTHER ORDERED that the government shall conduct discovery in order to identify,
5 | locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal
6 | Rules of Criminal Procedure; and
7 |     IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of
8 | Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of
9 | sentencing and shall be made part of the sentence and included in the judgment.
10 |     IT IS SO ORDERED this 24th day of _____May_____ 2011.



WILLIAM H. ALSUP
United States District Judge