UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES DICKSON,<br><br>　　　　　Defendant. | Case No.  CR 11-0135 WHA<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

On May 24, 2011, the Court entered a Preliminary Order of Forfeiture forfeiting the following to the United States:

　　(a) One juvenile American bald eagle mount;

　　(b) one Siberian tiger mount;

　　(c) one black bear mount;

　　(d) one polar bear shoulder mount;

　　(e) one kodiak bear mount; and

　　(f) one grizzly bear mount on all fours.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

///

1 | THEREFORE, it is ordered that the above-described property shall be forfeited to the United
2 | States, pursuant to Title 16, United States Code, Section 3374(a) and Title 28, United States Code,
3 | Section 2461(c). All right, title, and interest in said property is vested in the United States of America.
4 | The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:   September 26, 2011.

_____
William Alsup
UNITED STATES DISTRICT COURT